**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HEATH GOLDSTEIN** | : | |
| | : | **CIVIL ACTION NO. 3:17-1510** |
| **Plaintiff** | : | |
| | : | **(MANNION, D.J.)** |
| **v.** | : | **(CARLSON, M.J.)** |
| | : | |
| **ZACHERY BERMAN, et al.** | : | |
| | : | |
| **Defendant** | : | |

# O R D E R

In light of the accompanying memorandum issued this same day, **IT IS**

**HEREBY ORDERED THAT**:

(1)     the report and recommendation of Judge Carlson, (Doc. 5), is

**ADOPTED IN ITS ENTIRETY**;

(2)     the plaintiff's complaint, (Doc. 1-1), is **DISMISSED** for his failure to

prosecute this action; and

(3)     the Clerk of Court is directed to **CLOSE THIS CASE**.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 3, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-1510-01-Order.docx